IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | ) | MDL Docket No. 875 |
| | ) | |
| CERTAIN PLAINTIFFS | ) | |
| | ) | Maritime Docket (MARDOC) |
| VS. | ) | |
| | ) | **DEFENDANT UNITED STATES** |
| CERTAIN DEFENDANTS | ) | **STEEL CORPORATION'S** |
| | ) | **JOINDER IN REPLIES OF** |
| | ) | **MOTIONS OF VARIOUS** |
| | ) | **SHIPOWNER DEFENDANTS** |

Defendant, United States Steel Corporation ("U. S. Steel"), joins in the following reply briefs in support of motions filed by Various Shipowner Defendants: (1) Reply Brief in Support of Various Shipowner Defendants to Dismiss The Claims of Certain MARDOC Plaintiffs Based on Insufficiency Of Diagnosis (Doc. 357); (2) Reply Brief in Support of Motion to Dismiss Claims of All MARDOC Plaintiffs Whose Claims Are Based on Diagnosis of Asymptomatic Pleural Plaques (Doc. 356); and (3) Reply Brief in Support of Motion to Apply Diagnostic and Impairment Criteria of Ohio Revised Code §§2307.91-2307.93 to Maritime Cases Transferred From the District Court For The Northern District of Ohio (Doc. 358).

Respectfully submitted,

*/s/ Matthew M. Mendoza*
THOMAS I. MICHALS (0040822- Ohio)
MATTHEW M. MENDOZA (0068231-Ohio)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio  44114-2844
(216) 622-8200
(216) 241-0816 – Facsimile
tmichals@calfee.com
mmendoza@calfee.com
Attorneys for Defendant,
United States Steel Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of March, 2010, a copy of the foregoing Defendant United States Steel Corporation's Joinder in Reply Briefs in Support of Motions of Various Shipowners was filed electronically in the U. S. District Court for the Eastern District of Pennsylvania. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Matthew M. Mendoza</u><br>
Attorney for Defendant USX Corporation