IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS           :   CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)      :   MDL DOCKET NO. 875
                                   :
VARIOUS PLAINTIFFS                 :
                                   :
                                   :   Certain cases on the Maritime
     v.                            :   Docket ("MARDOC"), listed in
                                   :   Exhibits "A" and "B," attached
                                   :
VARIOUS DEFENDANTS                 :

### O R D E R

**AND NOW**, this **7th** day of **August, 2012**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' 3,327 motions to dismiss the claims of Plaintiffs without physical impairment related to asbestos exposure, listed in Exhibit "A," attached, are **GRANTED**.

It is further **ORDERED** that Defendants' 2,137 motions based on Plaintiffs' claims of symptomatic injuries related to asbestos exposure, including lung and other cancers, listed in Exhibit "B," attached, are **DENIED**.

It is further **ORDERED** that, for the reasons set forth in the memorandum opinion accompanying this order, to the extent that Plaintiffs believe that certain cases in Exhibit "A" should properly be included in Exhibit "B," Plaintiffs shall have thirty days following the date on which this order is entered in which to **SHOW CAUSE** why the medical records and evidence that they

previously have submitted pursuant to Administrative Order No. 25 support reopening the cases of those specific Plaintiffs and classifying their injuries as symptomatic and related to asbestos exposure. Defendants shall then have fifteen days in which to contest or challenge such medical records and evidence.

**AND IT IS SO ORDERED.**

**s/ Eduardo C. Robreno**

**EDUARDO C. ROBRENO, J.**