IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: ASBESTOS PRODUCTS        :    CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)   :    MDL DOCKET NO. 875
                                :
JACOBS, ET AL.                  :
                                :
     v.                         :    Certain cases on the
                                :    02-md-875 Maritime Docket
A-C PRODUCT LIABILITY           :    (MARDOC), listed in the
TRUST, ET AL.                   :    attached exhibits
```

### O R D E R

**AND NOW**, this **11th** day of **March, 2014**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) The motions to dismiss for lack of personal jurisdiction listed in Exhibit "A," attached, are **GRANTED**, and the defendants who filed the motions are **DISMISSED** from the cases; and

(2) The motions to dismiss due to improper service of process listed in Exhibit "B," attached, are **DENIED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,    J.**