UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : CIVIL ACTION NO. MDL 875
LIABILITY LITIGATION (NO.VI) :

This document relates to all actions:

| In Re Asbestos Products Liability Litigation (No.: VI), | MDL DOCKET: (MARDOC) |
|---|---|
| Certain Plaintiffs, | Civil Action No.: 2:02-md-875 |
| v. | *See* Exhibit A. |
| Certain Defendants | |

FILED
SEP -9 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE CERTAIN PLAINTIFFS CLAIMS AGAINST VARIOUS DEFENDANTS

NOW COME Plaintiffs[1] in the MARDOC Docket, by and through their undersigned counsel of record, with this Motion to Dismiss Certain Plaintiffs' Claims with Prejudice ONLY Against Various Defendants pursuant to Rule 41(a)(2). The matters subject to this motion are described on the attached Exhibit A. The Defendants which Plaintiffs seeks to voluntarily dismiss with prejudice, but without consideration paid, are described on the attached Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss with prejudice only those Defendants described on the attached Exhibit A from those matters listed on the attached Exhibit A.

---

[1] See Attached Exhibit A.

1

Respectfully submitted,

ATTORNEY FOR PLAINTIFF

/s/John E. Herrick
John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29264
(843) 216-9000

Dated: August 18, 2014.

**SO ORDERED.** [2]

9/8/14

Eduardo C. Robreno, J.

2

[2] The motion was unopposed.

## EXHIBIT A

| Civil | Name | Defendant |
|---|---|---|
| 2:10CV37532 | Hubbard, Clay | IMO Industries, Inc. |
| 2:11CV30094 | Alverio, Pablo | IMO Industries, Inc. |
| 2:11CV30117 | Bacon, William C | IMO Industries, Inc. |
| 2:11CV30125 | Barnett, Jay W | IMO Industries, Inc. |
| 2:11CV30134 | Beasley, Milton H | IMO Industries, Inc. |
| 2:11CV30180 | Brindley, Earnest S | Crane Company |
| 2:11CV30261 | Fletcher, Eugene | IMO Industries, Inc. |
| 2:11CV30285 | Gamble Jr., Lonnie | IMO Industries, Inc. |
| 2:11CV30290 | Garcia, Guillermo | IMO Industries, Inc. |
| 2:11CV30365 | Drumgoole Jr., Bennie | IMO Industries, Inc. |
| 2:11CV30367 | Georgoussis, George | IMO Industries, Inc. |
| 2:11CV30387 | Gribbin, Lawrence | IMO Industries, Inc. |
| 2:11CV30389 | Groth, Carl R | IMO Industries, Inc. |
| 2:11CV30430 | Herbert, Francis C | IMO Industries, Inc. |
| 2:11CV30477 | Martin Jr., Charles A | IMO Industries, Inc. |
| 2:11CV30484 | Martinez, Angelo | IMO Industries, Inc. |
| 2:11CV30505 | McGauley, Joseph F | IMO Industries, Inc. |
| 2:11CV30518 | Mendez, Bernardo | IMO Industries, Inc. |
| 2:11CV30526 | Miller, Joseph F | IMO Industries, Inc. |
| 2:11CV30584 | Ayala Ortiz, Ramon | IMO Industries, Inc. |
| 2:11CV30605 | Parkinson, Oran E | IMO Industries, Inc. |
| 2:11CV30656 | Johnson, Ivanhoe | IMO Industries, Inc. |
| 2:11CV30717 | Linah, Kenneth F | IMO Industries, Inc. |
| 2:11CV30728 | Mack, Ishmel | IMO Industries, Inc. |
| 2:11CV30770 | Taylor, Robert S | IMO Industries, Inc. |
| 2:11CV30777 | Thomas, Charles E | IMO Industries, Inc. |
| 2:11CV30783 | Toro, Juan B | IMO Industries, Inc. |
| 2:11CV30805 | Vega, Guillermo | IMO Industries, Inc. |
| 2:11CV30913 | Ragas Sr., Alfred | IMO Industries, Inc. |
| 2:11CV30934 | Rivera, Jose P | IMO Industries, Inc. |
| 2:11CV30951 | Royster, Thomas M | IMO Industries, Inc. |
| 2:11CV30963 | Rodrigues, Randolph | IMO Industries, Inc. |
| 2:11CV30987 | Sequeira, Arthur | IMO Industries, Inc. |
| 2:11CV31046 | Brady Jr., William E | IMO Industries, Inc. |
| 2:11CV31100 | Watkins, Albert | IMO Industries, Inc. |
| 2:11CV31135 | Philpot Jr., James | Texaco Marketing & Refining |
| 2:11CV31154 | Rios, Jose E | IMO Industries, Inc. |