UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : CIVIL ACTION NO. MDL 875
LIABILITY LITIGATION (NO.VI) :

This document relates to all actions:

| In Re Asbestos Products Liability Litigation (No.: VI), | MDL DOCKET: (MARDOC) |
|---|---|
| Certain Plaintiffs, | Civil Action No.: 2:02-md-875 |
| v. | *See* Exhibit A. |
| Certain Defendants | |

FILED
SEP - 9 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE CERTAIN PLAINTIFFS CLAIMS AGAINST VARIOUS DEFENDANTS

NOW COME Plaintiffs[1] in the MARDOC Docket, by and through their undersigned counsel of record, with this Motion to Dismiss Certain Plaintiffs' Claims without Prejudice ONLY Against Various Defendants pursuant to Rule 41(a)(2). The matters subject to this motion are described on the attached Exhibit A. The Defendants which Plaintiffs seeks to voluntarily dismiss without prejudice are described on the attached Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss without prejudice only those Defendants described on the attached Exhibit A from those matters listed on the attached Exhibit A.

---

[1] See Attached Exhibit A.

1

Respectfully submitted,

ATTORNEY FOR PLAINTIFF

/s/John E. Herrick
John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29264
(843) 216-9000

Dated: August 18, 2014.

SO ORDERED.[2]

9/8/14

Eduardo C. Robreno, J.

2

[2] The motion was unopposed.

## EXHIBIT A

| Civil | Name | Defendant |
|---|---|---|
| 2:09CV30020 | Sipriaso, Arturo D | Crown, Cork & Seal Co., Inc. |
| 2:09CV30020 | Sipriaso, Arturo D | IMO Industries, Inc. |
| 2:09CV30031 | Ketola, Frederick G | IMO Industries, Inc. |
| 2:09CV30082 | Fajardo, Pete A | Crown, Cork & Seal Co., Inc. |
| 2:09CV30082 | Fajardo, Pete A | IMO Industries, Inc. |
| 2:09CV30175 | Murillo, Bennie T | Crown, Cork & Seal Co., Inc. |
| 2:09CV30175 | Murillo, Bennie T | IMO Industries, Inc. |
| 2:09CV30246 | Newell, Sr., Peter J | IMO Industries, Inc. |
| 2:09CV30247 | Medina, Kaulayaw S | IMO Industries, Inc. |
| 2:09CV30317 | Powell, Jerry | IMO Industries, Inc. |
| 2:09CV30330 | Velasco, Roger D | Crown, Cork & Seal Co., Inc. |
| 2:09CV30330 | Velasco, Roger D | IMO Industries, Inc. |
| 2:09CV30345 | Garduno, Danilo F | Crown, Cork & Seal Co., Inc. |
| 2:09CV30345 | Garduno, Danilo F | IMO Industries, Inc. |
| 2:09CV30395 | Griffin, Sylvester J | Crown, Cork & Seal Co., Inc. |
| 2:09CV30395 | Griffin, Sylvester J | IMO Industries, Inc. |
| 2:09CV30406 | DuBreuil Sr., Richard W | IMO Industries, Inc. |
| 2:09CV30474 | Holtzer, Harold E | IMO Industries, Inc. |
| 2:09CV91112 | Poissant, Eugene F | IMO Industries, Inc. |
| 2:09CV91154 | Panerio, Eugenio | IMO Industries, Inc. |
| 2:09CV92447 | Lockaby, Duane J | IMO Industries, Inc. |
| 2:10CV30112 | Santos, Marcelino S | IMO Industries, Inc. |
| 2:10CV30158 | Williams, James L | IMO Industries, Inc. |
| 2:10CV30344 | Flores Jr., Apolonio L | Crown, Cork & Seal Co., Inc. |
| 2:10CV30344 | Flores Jr., Apolonio L | IMO Industries, Inc. |
| 2:10CV30380 | Robinson, Joseph H | IMO Industries, Inc. |
| 2:10CV30466 | Johnson, Gary E | Crown, Cork & Seal Co., Inc. |
| 2:10CV30466 | Johnson, Gary E | IMO Industries, Inc. |
| 2:10CV30537 | McAfee, Bruce S | Crown, Cork & Seal Co., Inc. |

4

| Civil | Name | Defendant |
|---|---|---|
| 2:10CV30537 | McAfee, Bruce S | IMO Industries, Inc. |
| 2:10CV30763 | Gothberg, Eugene L | IMO Industries, Inc. |
| 2:10CV30830 | Abiad, Gil P | Crown, Cork & Seal Co., Inc. |
| 2:10CV30830 | Abiad, Gil P | IMO Industries, Inc. |
| 2:10CV30909 | Johnson, Jr., James R | IMO Industries, Inc. |
| 2:10CV30927 | Jones, Robert | IMO Industries, Inc. |
| 2:10CV37832 | McMillan, Don R | Crown, Cork & Seal Co., Inc. |
| 2:10CV37832 | McMillan, Don R | IMO Industries, Inc. |
| 2:10CV37980 | Jones, William H | IMO Industries, Inc. |
| 2:10CV37983 | Hunt, Barbara L | Crown, Cork & Seal Co., Inc. |
| 2:10CV37983 | Hunt, Barbara L | IMO Industries, Inc. |
| 2:10CV50164 | Brandewie, Michael A | Crown, Cork & Seal Co., Inc. |
| 2:10CV50164 | Brandewie, Michael A | IMO Industries, Inc. |
| 2:10CV50815 | Perez, Eduardo C | IMO Industries, Inc. |
| 2:10CV51639 | Bickford, Archie B | IMO Industries, Inc. |
| 2:10CV55912 | Watson, Loren E | Crown, Cork & Seal Co., Inc. |
| 2:10CV55912 | Watson, Loren E | IMO Industries, Inc. |
| 2:10CV56231 | Petrzala, Francis A | IMO Industries, Inc. |
| 2:10CV56951 | Sullivan, Edward T | IMO Industries, Inc. |
| 2:11CV30073 | Abrigo, Robert M | IMO Industries, Inc. |
| 2:11CV30075 | Achustegui, Miguel | Crown, Cork & Seal Co., Inc. |
| 2:11CV30075 | Achustegui, Miguel | IMO Industries, Inc. |
| 2:11CV30087 | Alicea, Miguel A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30087 | Alicea, Miguel A | IMO Industries, Inc. |
| 2:11CV30090 | Alnaham, Ali A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30090 | Alnaham, Ali A | IMO Industries, Inc. |
| 2:11CV30094 | Alverio, Pablo | Crown, Cork & Seal Co., Inc. |
| 2:11CV30097 | Ancheta, Francisco Q | Crown, Cork & Seal Co., Inc. |
| 2:11CV30097 | Ancheta, Francisco Q | IMO Industries, Inc. |
| 2:11CV30100 | Anglin, Carmon A | IMO Industries, Inc. |
| 2:11CV30112 | Ashford, Leon A | IMO Industries, Inc. |

| Civil | Name | Defendant |
|---|---|---|
| 2:11CV30122 | Barbosa, Roy | IMO Industries, Inc. |
| 2:11CV30125 | Barnett, Jay W | Crown, Cork & Seal Co., Inc. |
| 2:11CV30154 | Black, David S | IMO Industries, Inc. |
| 2:11CV30166 | Booty, William F | IMO Industries, Inc. |
| 2:11CV30169 | Boutte, John | Crown, Cork & Seal Co., Inc. |
| 2:11CV30169 | Boutte, John | IMO Industries, Inc. |
| 2:11CV30180 | Brindley, Earnest S | IMO Industries, Inc. |
| 2:11CV30187 | Brown, Joe N | Crown, Cork & Seal Co., Inc. |
| 2:11CV30187 | Brown, Joe N | IMO Industries, Inc. |
| 2:11CV30192 | Bulante, Marcelino A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30192 | Bulante, Marcelino A | IMO Industries, Inc. |
| 2:11CV30197 | Burn, Charles H | IMO Industries, Inc. |
| 2:11CV30204 | Calero, Abad B | Crown, Cork & Seal Co., Inc. |
| 2:11CV30204 | Calero, Abad B | IMO Industries, Inc. |
| 2:11CV30209 | Cammuso, Frank P | IMO Industries, Inc. |
| 2:11CV30212 | Campbell, David C | Crown, Cork & Seal Co., Inc. |
| 2:11CV30212 | Campbell, David C | IMO Industries, Inc. |
| 2:11CV30214 | Capito, Patricio C | IMO Industries, Inc. |
| 2:11CV30225 | Chacon, Jose A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30225 | Chacon, Jose A | IMO Industries, Inc. |
| 2:11CV30230 | Christenson, Lana E | Crown, Cork & Seal Co., Inc. |
| 2:11CV30230 | Christenson, Lana E | IMO Industries, Inc. |
| 2:11CV30231 | Christopher, Elmo | Crown, Cork & Seal Co., Inc. |
| 2:11CV30231 | Christopher, Elmo | IMO Industries, Inc. |
| 2:11CV30241 | Colon, Jr., Francisco | Crown, Cork & Seal Co., Inc. |
| 2:11CV30241 | Colon, Jr., Francisco | IMO Industries, Inc. |
| 2:11CV30249 | Ferguson, James P | IMO Industries, Inc. |
| 2:11CV30250 | Feria, Jr., Conrado F | Crown, Cork & Seal Co., Inc. |
| 2:11CV30250 | Feria, Jr., Conrado F | IMO Industries, Inc. |
| 2:11CV30254 | Fielder, Harold H | IMO Industries, Inc. |

| Civil | Name | Defendant |
|---|---|---|
| 2:11CV30257 | Findahl, Ferdinand N | IMO Industries, Inc. |
| 2:11CV30261 | Fletcher, Eugene | Crown, Cork & Seal Co., Inc. |
| 2:11CV30266 | Flynn, Michael | IMO Industries, Inc. |
| 2:11CV30267 | Forrest, Robert M | IMO Industries, Inc. |
| 2:11CV30277 | Funk, Robert H | Crown, Cork & Seal Co., Inc. |
| 2:11CV30278 | Gabino, Feliciano | IMO Industries, Inc. |
| 2:11CV30291 | Garcia, Rene | Crown, Cork & Seal Co., Inc. |
| 2:11CV30291 | Garcia, Rene | IMO Industries, Inc. |
| 2:11CV30304 | Correa, Angel | IMO Industries, Inc. |
| 2:11CV30311 | Cowan, Edgar L | IMO Industries, Inc. |
| 2:11CV30327 | Darling, Glen A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30327 | Darling, Glen A | IMO Industries, Inc. |
| 2:11CV30329 | Dauzart, Jr., Curley | Crown, Cork & Seal Co., Inc. |
| 2:11CV30329 | Dauzart, Jr., Curley | IMO Industries, Inc. |
| 2:11CV30334 | Davis, George N | IMO Industries, Inc. |
| 2:11CV30342 | Deboda, Edgardo P | Crown, Cork & Seal Co., Inc. |
| 2:11CV30342 | Deboda, Edgardo P | IMO Industries, Inc. |
| 2:11CV30343 | DeFumero, Ignacio T | IMO Industries, Inc. |
| 2:11CV30365 | Drumgoole Jr., Bennie | Crown, Cork & Seal Co., Inc. |
| 2:11CV30367 | Georgoussis, George | Crown, Cork & Seal Co., Inc. |
| 2:11CV30379 | Gragera, Jun R | Crown, Cork & Seal Co., Inc. |
| 2:11CV30379 | Gragera, Jun R | IMO Industries, Inc. |
| 2:11CV30380 | Graham, Milton L | IMO Industries, Inc. |
| 2:11CV30381 | Granada, Jr., Rodolfo V | IMO Industries, Inc. |
| 2:11CV30389 | Groth, Carl R | Crown, Cork & Seal Co., Inc. |
| 2:11CV30390 | Grubb, Kerry M | Crown, Cork & Seal Co., Inc. |
| 2:11CV30390 | Grubb, Kerry M | IMO Industries, Inc. |
| 2:11CV30396 | Gumapas, Cesar R | Crown, Cork & Seal Co., Inc. |
| 2:11CV30396 | Gumapas, Cesar R | IMO Industries, Inc. |

7

| Civil | Name | Defendant |
|---|---|---|
| 2:11CV30419 | Hartie, James O | Crown, Cork & Seal Co., Inc. |
| 2:11CV30419 | Hartie, James O | IMO Industries, Inc. |
| 2:11CV30422 | Hazen, Charles C | IMO Industries, Inc. |
| 2:11CV30434 | Heva, Richard J | Crown, Cork & Seal Co., Inc. |
| 2:11CV30434 | Heva, Richard J | IMO Industries, Inc. |
| 2:11CV30436 | Hicks, Percy | Crown, Cork & Seal Co., Inc. |
| 2:11CV30452 | Ebanks, Craig A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30452 | Ebanks, Craig A | IMO Industries, Inc. |
| 2:11CV30457 | Edwards, Charlene | Crown, Cork & Seal Co., Inc. |
| 2:11CV30457 | Edwards, Charlene | IMO Industries, Inc. |
| 2:11CV30469 | Evans, John E | Crown, Cork & Seal Co., Inc. |
| 2:11CV30469 | Evans, John E | IMO Industries, Inc. |
| 2:11CV30473 | Fagan, Robert I | IMO Industries, Inc. |
| 2:11CV30477 | Martin Jr., Charles A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30478 | Martin, Jack K | Crown, Cork & Seal Co., Inc. |
| 2:11CV30478 | Martin, Jack K | IMO Industries, Inc. |
| 2:11CV30484 | Martinez, Angelo | Crown, Cork & Seal Co., Inc. |
| 2:11CV30493 | McCants, Larry D | Crown, Cork & Seal Co., Inc. |
| 2:11CV30493 | McCants, Larry D | IMO Industries, Inc. |
| 2:11CV30513 | Medina, Manuel | IMO Industries, Inc. |
| 2:11CV30522 | Milgram, Irwin | IMO Industries, Inc. |
| 2:11CV30527 | Miller, Paul H | IMO Industries, Inc. |
| 2:11CV30539 | Moore, John R | IMO Industries, Inc. |
| 2:11CV30542 | Morgan, Roy E | IMO Industries, Inc. |
| 2:11CV30559 | Nicholas, Sr., Wayne D | IMO Industries, Inc. |
| 2:11CV30562 | Noceda, Rodolfo B | Crown, Cork & Seal Co., Inc. |
| 2:11CV30562 | Noceda, Rodolfo B | IMO Industries, Inc. |
| 2:11CV30567 | Ognenoff, John | IMO Industries, Inc. |
| 2:11CV30576 | Onativia, Fernando | Crown, Cork & Seal Co., Inc. |

8

| Civil | Name | Defendant |
|---|---|---|
| 2:11CV30576 | Onativia, Fernando | IMO Industries, Inc. |
| 2:11CV30584 | Ayala Ortiz, Ramon | Crown, Cork & Seal Co., Inc. |
| 2:11CV30593 | Padilla, Ramon | IMO Industries, Inc. |
| 2:11CV30605 | Parkinson, Oran E | Crown, Cork & Seal Co., Inc. |
| 2:11CV30628 | Ignacio, George R | Crown, Cork & Seal Co., Inc. |
| 2:11CV30628 | Ignacio, George R | IMO Industries, Inc. |
| 2:11CV30633 | Hutchins, James W | Crown, Cork & Seal Co., Inc. |
| 2:11CV30633 | Hutchins, James W | IMO Industries, Inc. |
| 2:11CV30644 | Jensen, Ben O | Crown, Cork & Seal Co., Inc. |
| 2:11CV30644 | Jensen, Ben O | IMO Industries, Inc. |
| 2:11CV30646 | Jensen, William | IMO Industries, Inc. |
| 2:11CV30649 | Johnson Jr., Alfred | IMO Industries, Inc. |
| 2:11CV30659 | Johnson, Richard S | IMO Industries, Inc. |
| 2:11CV30661 | Johnson, Rosvelt R | Crown, Cork & Seal Co., Inc. |
| 2:11CV30661 | Johnson, Rosvelt R | IMO Industries, Inc. |
| 2:11CV30690 | Laboy, Pedro J | Crown, Cork & Seal Co., Inc. |
| 2:11CV30690 | Laboy, Pedro J | IMO Industries, Inc. |
| 2:11CV30692 | Ladefoged, Niels E | Crown, Cork & Seal Co., Inc. |
| 2:11CV30692 | Ladefoged, Niels E | IMO Industries, Inc. |
| 2:11CV30709 | Leon, Isidoro | IMO Industries, Inc. |
| 2:11CV30716 | Leycock Sr., Claude A | Crown, Cork & Seal Co., Inc. |
| 2:11CV30716 | Leycock Sr., Claude A | IMO Industries, Inc. |
| 2:11CV30717 | Linah, Kenneth F | Crown, Cork & Seal Co., Inc. |
| 2:11CV30725 | Luyando, Frank | Crown, Cork & Seal Co., Inc. |
| 2:11CV30725 | Luyando, Frank | IMO Industries, Inc. |
| 2:11CV30727 | Maceira, Jose F | IMO Industries, Inc. |
| 2:11CV30728 | Mack, Ishmel | Crown, Cork & Seal Co., Inc. |
| 2:11CV30742 | Spicer, Richard L | Crown, Cork & Seal Co., Inc. |
| 2:11CV30742 | Spicer, Richard L | IMO Industries, Inc. |

| Civil | Name | Defendant |
|---|---|---|
| 2:11CV30749 | Starr, Lloyd K | Crown, Cork & Seal Co., Inc. |
| 2:11CV30749 | Starr, Lloyd K | IMO Industries, Inc. |
| 2:11CV30769 | Taylor, Louis E | IMO Industries, Inc. |
| 2:11CV30770 | Taylor, Robert S | Crown, Cork & Seal Co., Inc. |
| 2:11CV30777 | Thomas, Charles E | Crown, Cork & Seal Co., Inc. |
| 2:11CV30783 | Toro, Juan B | Crown, Cork & Seal Co., Inc. |
| 2:11CV30789 | Tucker, Daniel L | Crown, Cork & Seal Co., Inc. |
| 2:11CV30789 | Tucker, Daniel L | IMO Industries, Inc. |
| 2:11CV30802 | Vaughn, Edward J | IMO Industries, Inc. |
| 2:11CV30805 | Vega, Guillermo | Crown, Cork & Seal Co., Inc. |
| 2:11CV30806 | Vega, Ismael | IMO Industries, Inc. |
| 2:11CV30809 | Vieira, August J | IMO Industries, Inc. |
| 2:11CV30815 | Waagsbo, Thor J | Crown, Cork & Seal Co., Inc. |
| 2:11CV30815 | Waagsbo, Thor J | IMO Industries, Inc. |
| 2:11CV30816 | Waites, Harry H | IMO Industries, Inc. |
| 2:11CV30832 | Wellington, John | Hess Tankship Company |
| 2:11CV30832 | Wellington, John | Crown, Cork & Seal Co., Inc. |
| 2:11CV30832 | Wellington, John | IMO Industries, Inc. |
| 2:11CV30850 | Willis, Perry W | Crown, Cork & Seal Co., Inc. |
| 2:11CV30850 | Willis, Perry W | IMO Industries, Inc. |
| 2:11CV30862 | Woodring, Wayne R | Crown, Cork & Seal Co., Inc. |
| 2:11CV30862 | Woodring, Wayne R | IMO Industries, Inc. |
| 2:11CV30874 | Zidik, George | IMO Industries, Inc. |
| 2:11CV30881 | Perkins, Fred G | Crown, Cork & Seal Co., Inc. |
| 2:11CV30881 | Perkins, Fred G | IMO Industries, Inc. |
| 2:11CV30883 | Perry, Michael T | IMO Industries, Inc. |
| 2:11CV30888 | Pierce, John J | IMO Industries, Inc. |
| 2:11CV30900 | Powell, Billie R | IMO Industries, Inc. |
| 2:11CV30907 | Priester, Jr., Howard H | Crown, Cork & Seal Co., Inc. |
| 2:11CV30907 | Priester, Jr., Howard | IMO Industries, Inc. |

| Civil | Name | Defendant |
|---|---|---|
| | H | |
| 2:11CV30912 | Radcliff, Marvin E | IMO Industries, Inc. |
| 2:11CV30913 | Ragas Sr., Alfred | Crown, Cork & Seal Co., Inc. |
| 2:11CV30922 | Regnier, Jr., Walter | IMO Industries, Inc. |
| 2:11CV30930 | Riego, Reynaldo C | Crown, Cork & Seal Co., Inc. |
| 2:11CV30930 | Riego, Reynaldo C | IMO Industries, Inc. |
| 2:11CV30931 | Riley, Kenneth | IMO Industries, Inc. |
| 2:11CV30932 | Rivera, Bonifacio D | Crown, Cork & Seal Co., Inc. |
| 2:11CV30932 | Rivera, Bonifacio D | IMO Industries, Inc. |
| 2:11CV30933 | Rivera, Jose | IMO Industries, Inc. |
| 2:11CV30944 | Rosa, Julio S | IMO Industries, Inc. |
| 2:11CV30951 | Royster, Thomas M | Crown, Cork & Seal Co., Inc. |
| 2:11CV30956 | Robin, Dorsey | Crown, Cork & Seal Co., Inc. |
| 2:11CV30956 | Robin, Dorsey | IMO Industries, Inc. |
| 2:11CV30963 | Rodrigues, Randolph | Crown, Cork & Seal Co., Inc. |
| 2:11CV30972 | Salem, Hasan M | Crown, Cork & Seal Co., Inc. |
| 2:11CV30972 | Salem, Hasan M | IMO Industries, Inc. |
| 2:11CV30977 | Sansom, A. L | Crown, Cork & Seal Co., Inc. |
| 2:11CV30977 | Sansom, A. L | IMO Industries, Inc. |
| 2:11CV31002 | Sirmon, Walter K | IMO Industries, Inc. |
| 2:11CV31011 | Smith, John R | IMO Industries, Inc. |
| 2:11CV31031 | Bagwell III, Isaiah W | Crown, Cork & Seal Co., Inc. |
| 2:11CV31031 | Bagwell III, Isaiah W | IMO Industries, Inc. |
| 2:11CV31032 | Barnes, Sr., James C | IMO Industries, Inc. |
| 2:11CV31059 | Cirlos, Benito B | IMO Industries, Inc. |
| 2:11CV31067 | Santiago, Roberto | Crown, Cork & Seal Co., Inc. |
| 2:11CV31067 | Santiago, Roberto | IMO Industries, Inc. |
| 2:11CV31071 | Shedrick, Lloyd | Crown, Cork & Seal Co., Inc. |
| 2:11CV31071 | Shedrick, Lloyd | IMO Industries, Inc. |
| 2:11CV31080 | Stevens, Jimmie D | Crown, Cork & Seal Co., Inc. |

| Civil | Name | Defendant |
|---|---|---|
| 2:11CV31080 | Stevens, Jimmie D | IMO Industries, Inc. |
| 2:11CV31106 | Wyatt, Jack R | IMO Industries, Inc. |
| 2:11CV31113 | Moyer, Truman | IMO Industries, Inc. |
| 2:11CV31132 | Perkins, Gilbert F | Crown, Cork & Seal Co., Inc. |
| 2:11CV31132 | Perkins, Gilbert F | IMO Industries, Inc. |
| 2:11CV31135 | Philpot Jr., James | Crown, Cork & Seal Co., Inc. |
| 2:11CV31135 | Philpot Jr., James | IMO Industries, Inc. |
| 2:11CV31151 | Remley, Ned L | IMO Industries, Inc. |
| 2:11CV31155 | Roche, James E | Crown, Cork & Seal Co., Inc. |
| 2:11CV31155 | Roche, James E | IMO Industries, Inc. |
| 2:11CV31161 | Robertson, John H | Crown, Cork & Seal Co., Inc. |
| 2:11CV31161 | Robertson, John H | IMO Industries, Inc. |
| 2:11CV31162 | Thistle, Frederick H | IMO Industries, Inc. |
| 2:11CV31163 | Rentz, Gene R | IMO Industries, Inc. |
| 2:11CV31164 | Pool, Mark O | Crown, Cork & Seal Co., Inc. |
| 2:11CV31164 | Pool, Mark O | IMO Industries, Inc. |