IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| COWART, ET AL. | : | |
| | : | Certain cases on the |
| v. | : | 02-md-875 Maritime Docket |
| | : | (MARDOC), listed on the |
| VARIOUS DEFENDANTS | : | attached "Exhibit A" |

### O R D E R

**AND NOW**, this **23rd** day of **October, 2014**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motions to dismiss for lack of personal jurisdiction listed on Exhibit "A," attached, are **GRANTED**, and the defendants who filed the motions are **DISMISSED** from the cases.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

**Exhibit A**

| Case Number | District | Caption | Filed by | Doc. No. |
|---|---|---|---|---|
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Central Gulf Lines Steamship Central Gulf Lines, Inc. | 183 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Keystone Shipping Company | 184 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Marine Navigation Company | 185 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Marine Sulphur Carriers Corp. | 186 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Marine Transport Lines Inc. | 187 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Pan Atlantic Steamship Co. | 188 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | American Trading Transp. Co. | 189 |
| 11-45882 | VI | Culpepper v. Foster Wheeler Co. et al | Hess Oil & Chem. Corp. | 190 and 209 |
| 11-45885 | VI | Cowart v. Foster Wheeler Co. et al | American Trading & Production Corp. | 108 |
| 11-45885 | VI | Cowart v. Foster Wheeler Co. et al | Central Gulf Lines Steamship | 109 |
| 11-45885 | VI | Cowart v. Foster Wheeler Co. et al | Marine Transport Lines Inc. | 110 |
| 11-45885 | VI | Cowart v. Foster Wheeler Co. et al | Transoceanic Cable Ship Company, Inc. | 111 |
| 11-45885 | VI | Cowart v. Foster Wheeler Co. et al | Hess Oil & Chem. Corp. | 112 and 132 |
| 11-45885 | VI | Cowart v. Foster Wheeler Co. et al | Farrell Lines Incorporated | 113 and 114 and 130 |
| 11-45886 | VI | Eaton v. Foster Wheeler Co. et al | Central Gulf Lines Steamship | 94 |
| 11-45886 | VI | Eaton v. Foster Wheeler Co. et al | Marine Transport Lines Inc. | 95 |
| 11-45886 | VI | Eaton v. Foster Wheeler Co. et al | American Trading Transp. Co. | 96 |
| 11-45886 | VI | Eaton v. Foster Wheeler Co. et al | Charles Kurz & Company Inc. | 97 |
| 11-45886 | VI | Eaton v. Foster Wheeler Co. et al | Farrell Lines Incorporated | 98 and 113 |
| 11-45888 | VI | Clement v. Foster Wheeler Co. et al | Charles Kurz & Company, Inc. | 89 |

| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Alcoa Steamship Company, Inc. | 99 |
| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Pecos Transport Inc. | 100 |
| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Penn Tanker Corp. | 101 |
| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Sea-Land Service Inc. | 102 |
| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Interocean Management Corp. | 103 |
| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Triton Shipping Inc. | 104 |
| 11-45890 | VI | Caudill v. Foster Wheeler Co. et al | Victory Carriers Inc. | 105 |