UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS            :       CIVIL ACTION NO. MDL 875
LIABILITY LITIGATION (NO.VI)         :

This document relates to all actions:

| In Re Asbestos Products Liability Litigation (No.: VI), | MDL DOCKET: (MARDOC) |
|---|---|
| Certain Plaintiffs, | Civil Action No.: 2:02-md-875 |
| v. | *See* Exhibit A. |
| Certain Defendants | |

**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE CERTAIN
PLAINTIFFS CLAIMS AGAINST VARIOUS DEFENDANTS**

NOW COME Plaintiffs[1] in the MARDOC Docket, by and through their undersigned counsel of record, with this Motion to Dismiss Certain Plaintiffs' Claims without Prejudice ONLY Against Various Defendants pursuant to Rule 41(a)(2).  The matters subject to this motion are described on the attached Exhibit A.  The Defendants which Plaintiffs seeks to voluntarily dismiss without prejudice are described on the attached Exhibit A.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss without prejudice only those Defendants described on the attached Exhibit A from those matters listed on the attached Exhibit A.

---

[1] See Attached Exhibit A.

Respectfully submitted,

This 13th day of February 2015,

ATTORNEY FOR PLAINTIFF


/s/John E. Herrick_____
John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29264
(843) 216-9000

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Plaintiffs' Motion to Dismiss Without Prejudice Certain Plaintiffs Claims Against Various Defendants; was filed electronically in the MARDOC Master File (2:02-md-875).  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                           ATTORNEY FOR PLAINTIFF

                                           /s/John E. Herrick_____
                                           John E. Herrick
                                           Motley Rice LLC
                                           28 Bridgeside Blvd.
                                           Mt. Pleasant, SC 29264
                                           (843) 216-9000

## **EXHIBIT A**

| Case Number | Caption | Filed by |
|---|---|---|
| 11-31609 | Noah Stacy v. A.W. Chesterton, et al. | Mobil Oil Corporation<br>Socony Vacuum Oil Company |
| 11-32264 | Edson Mitchell, Jr., v. Alcoa Steamship Co. Inc., et al | Farrell Lines Inc. f/k/a American South African Lines |