UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI) | : : | CIVIL ACTION NO. MDL 875 |

This document relates to all actions:

| | |
|---|---|
| In Re Asbestos Products Liability Litigation (No.: VI), | MDL DOCKET: (MARDOC) |
| Certain Plaintiffs, | Civil Action No.: 2:02-md-875 |
| v. | |
| Certain Defendants | |

FILED
JUN -8 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION AS TO VICTORY CARRIERS, INC. IN CERTAIN CASES[1]

It is hereby stipulated between counsel for Plaintiffs and counsel for Defendant Victory Carriers, Inc., in each of the cases on the attached Exhibit A, that (1) Defendant Victory Carriers, Inc. is deemed to have filed motions to dismiss based on lack of personal jurisdiction in Ohio, and (2) consistent with the Court's prior Orders dismissing Victory Carriers, Inc. for lack of personal jurisdiction (*e.g.*, MDL Doc. No. 3045, 08/26/13; Doc. No. 4195-1, 03/12/14), the Court may enter an Order pursuant to Rule 12(b)(2), dismissing plaintiffs' claims against VICTORY CARRIERS, INC. (and, where used by plaintiffs, the misnomer VICTORY CARRIERS STEAMSHIP CO.) ONLY in each of the cases on the attached list, for lack of personal jurisdiction, without prejudice and without consideration, each party to bear its own costs.

So stipulated this 5th day of June, 2015.

---

[1] See Exhibit A for list of cases.

<div style="display: flex;">

/s/John E. Herrick
John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
O 843-216-9000
F 843-216-9450
jherrick@motleyrice.com
Attorney for Plaintiffs

/s/Harold W. Henderson (with permission)
Harold W. Henderson
Thompson Hine LLP
127 Public Square, Suite 3900
Cleveland, OH 44114-1291
O 216-566.5779
F 216-566-5800
hal.henderson@thompsonhine.com
Attorney for Defendant Victory Carriers, Inc.

</div>

**IT IS SO ORDERED:**

Date: 6/8/15

U.S. District Judge Eduardo C. Robreno

## EXHIBIT A

| Civil Action No. | Name |
|---|---|
| 2:11CV30170 | Bowden, Jr., Augustus W |
| 2:10CV54522 | Rivera, Francisco |
| 2:11CV32306 | Spencer, Jim L |
| 2:11CV33303 | Clark, Terrill G |