UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | ) CONSOLIDATED UNDER<br>) MDL DOCKET NO.:  MDL 2-875<br>) |
| CERTAIN PLAINTIFFS<br>VS.<br>CERTAIN DEFENDANTS | )<br>) MARITIME DOCKET<br>) |

**PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND TO THE COURT'S ORDER**
**(Doc. No. 4997, Filed April 25th, 2018)**

On April 25, 2018, the Court Ordered the parties to meet and confer regarding "Plaintiffs' Motion for the Court to Direct the Clerk to Identify All Claims that Defendants Have Requested to Be Terminated on any Plaintiffs' Docket." After the meet and confer, the Plaintiffs were to submit a list of claims still disputed.

Plaintiffs have diligently worked through the Court's list of claims affected and the Plaintiffs own records, while also holding preliminary discussion with the respective counsel for Defendants. However, the process is not complete yet. Plaintiffs believe an additional two weeks is necessary to comb through the remaining material and then meet and confer more fully with counsel for the Defendants.

WHEREFORE, Plaintiffs request an additional two weeks to respond to the Court's Order.

Respectfully Submitted,

/s/ Alan Kellman
The Jaques Admiralty Law Firm, P.C.
645 Griswold Street/Suite 1370
Detroit, MI 48226
313-961-1080

Dated: May 25, 2018

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of foregoing Plaintiffs' Motion for Extension to Respond to the Court's Order was filed on May 25, 2018. Notice of this filing will be sent to all parties by operation of the Courts electronic filing system.

                                                        /s/ Alan Kellman
                                                        ALAN KELLMAN