UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) CONSOLIDATED UNDER<br>) MDL DOCKET NO.:  MDL 2-875<br>) |
| CERTAIN PLAINTIFFS<br>VS.<br>CERTAIN DEFENDANTS | )<br>) MARITIME DOCKET<br>) |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE, DATED OCTOBER 22, 2019.**

Now come Plaintiffs, by and through the undersigned counsel, and hereby respond to this Court's Order to Show Cause, dated October 22, 2019. The Court instructed the parties to prepare a written report on the status of three separate cases. Each case complies with Administrative Order No. 18 and is ready for remand to the transferor court, the United States District Court for the Northern District of Ohio, as to the remaining viable Defendants, listed below.

| NAME | EDPA | Defendant |
|---|---|---|
| Munnier, Louis | 2:11CV33527 | American Export Lines Inc. |
| Munnier, Louis | 2:11CV33527 | American Export Isbrandtsen |
| Schroeder, William D | 2:11CV32774 | Charles Kurz & Company Inc. |
| Schroeder, William D | 2:11CV32774 | Marine Navigation Company |
| Williams, Richard G | 2:11CV33078 | American President Lines Ltd. |
| Williams, Richard G | 2:11CV33078 | Matson Navigation Co. Inc. |

Respectfully Submitted,

/s/ Timothy A. Swafford
The Jaques Admiralty Law Firm, P.C.
30800 Telegraph Rd./Suite 1850
Bingham Farms, MI 48025
313-961-1080

Dated: November 21, 2019    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of foregoing Plaintiffs' Response to the Court's Order to Show Cause was filed on November 21, 2019. Notice of this filing will be sent to all parties by operation of the Courts electronic filing system.

                                            <u>/s/Krystle Constantine</u>
                                            KRYSTLE CONSTANTINE